# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 13, 2016

Robert P. Young, Jr.,
Chief Justice

153685(85)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID TROY ZARN,
      Defendant-Appellant.

_____/

SC: 153685
COA: 323279, 323280
Wayne CC: 13-008592-FC,
      13-008758-FC

      On order of the Chief Justice, the motion of defendant-appellant to file an application for leave to appeal in excess of the page limit restriction is GRANTED. The 80-page application submitted on May 9, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 13, 2016


_____